UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

           Plaintiff,

vs.

NATHAN HARLOW (2),

           Defendant.

CASE NO. 11CR4037-JM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) on the Information of:

26:5861(e) and 5871

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/29/11

                              LOUISA S. PORTER
                              UNITED STATES MAGISTRATE JUDGE

                              ENTERED ON _____